IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ORLANDO LARRY ,

    Petitioner,

v.

BRIAN HAYES,

    Respondent.

ORDER

Case No. 17-cv-163-wmc

Petitioner Orlando Larry filed a "Petition for Review," in which he asks this court to review the Wisconsin Supreme Court decision related to his petition for writ of certiorari. It appears that his state court petition challenged his probation revocation. *See Larry v. State of Wisconsin*, Case No. 2015AP2453 (Wis. Feb. 13, 2017) *available at* https://wcca.wicourts.gov (last visited March 7, 2017). Therefore, I am construing it as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

However, petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 29, 2017. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately August 31, 2016 through the date of the petition, February 28, 2017.

ORDER

IT IS ORDERED that:

1. Petitioner Orlando Larry may have until March 29, 2017, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before March 29, 2017, I will assume that petitioner wishes to withdraw this petition.

Entered this 8th day of March, 2017.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge